AO 247 (02/08) Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
for the
Southern District of Georgia
Statesboro Division

2008 JUN 23 PM 12: 25

United States of America )
v. )
) Case No: CR601-00009-001
Frank Donnel Williams )
) USM No: 10839-021
Date of Previous Judgment: April 4, 2002 ) B. Daniel Dubberly, III
(Use Date of Last Amended Judgment if Applicable) ) Defendant's Attorney

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of [X] the defendant [ ] the Director of the Bureau of Prisons [ ] the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
[ ] DENIED. [X] GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of __144__ months **is reduced to** __132 months__.

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)
Previous Offense Level: 31          Amended Offense Level: 29
Criminal History Category: III      Criminal History Category: III
Previous Guideline Range: 135 to 168 months   Amended Guideline Range: 120 to 135 months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
[X] The reduced sentence is within the amended guideline range.
[ ] The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
[ ] Other (explain):

**III. ADDITIONAL COMMENTS**

If this sentence is less than the amount of time the defendant has already served, the sentence is reduced to a "Time Served" sentence.

Except as provided above, all provisions of the judgment dated April 4, 2002, shall remain in effect.
**IT IS SO ORDERED.**

Order Date: June 23, 2008

Judge's signature

B. Avant Edenfield
United States District Judge
For the Southern District of Georgia

Effective Date: _____
(if different from order date)            Printed name and title